**FAIRFIELD COUNTY, JANUARY TERM, A. D. 1790.**

BENEDICT V. HOIT, A CONSTABLE.

In an action for an escape upon an execution, if a receipt is taken, no appeal lies.

ACTION for an escape; declaring, that he delivered to the defendant an execution which issued from the County Court, against        Lawrence, to execute and collect, and took his receipt therefor in writing, dated, etc. That the defendant levied said execution on the body of said Lawrence, and suffered him to escape, etc. said execution was for more than £20.

Plea in abatement of the appeal — That there was a receipt given for said execution, which is set forth in the declaration.

Judgment — Plea sufficient; for the statute in such case is express that no appeal shall be allowed.

LOCKWOOD V. KNAP.

The court will not lend their aid to assist a party in an illicit transaction.

ACTION of debt by book. Issue to jury. The book was for a quantity of goods, about £1200 worth, which were smuggled out of New York in A. D. 1781, when the enemy were in possession of it. Lockwood had a commissioned boat under the government, and upon a preconcerted plan, the goods were to be sent out, and Lockwood was to take them and have them condemned, for which he was to receive £100, he accordingly took them, libeled and had them condemned, for which he received his £100, and all charges, and delivered the goods to the defendant under this color of a sale; he charged the defendant in debt for them, and now brings this action.

Verdict for the defendant, and accepted by the court — The justice of the plaintiff's claim is very doubtful; but it is clear that it was an illicit transaction, to which this court will give no aid.